UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:12-cr-188-T-30TBM

THERESA SHARPE
  a/k/a "Theresa Thoman"

## FORFEITURE MONEY JUDGMENT

THIS CAUSE comes before the Court upon the filing of the United States' Motion for a Forfeiture Money Judgment (Doc. 31) in the amount of $10,576.71, representing the amount of proceeds the defendant obtained as a result of the Medicare fraud scheme charged in Counts One through Four of the Indictment, in violation of 18 U.S.C. § 1347.

Although Theresa Sharpe was convicted of only the execution of the scheme charged in Count Four of the Indictment, in violation of 18 U.S.C. § 1347, the defendant is liable for the entire proceeds she obtained as a result of the scheme charged in Counts One through Four, totaling $10,576.71.

The Court further finds that the United States is entitled, under 21 U.S.C. § 853(p), incorporated by 18 U.S.C. § 982(b)(1), to forfeit any property belonging to the defendant as a substitute asset in satisfaction of her money judgment.

Accordingly, it is hereby

**ORDERED** that the United States' Motion (Doc. 31) is GRANTED.

It is further ORDERED that, pursuant to 18 U.S.C. § 982(a)(7) and Federal Rule of Criminal Procedure 32.2(b)(2), defendant Theresa Sharpe is liable to the United States of America for a forfeiture money judgment in the amount of $10,576.71, representing the amount of proceeds she obtained as a result of the health care fraud scheme, in violation of 18 U.S.C. § 1347, for which she was convicted as charged in Count Four of the Indictment.

The Court retains jurisdiction to enter any further order necessary for the forfeiture and disposition of any property belonging to the defendant that the government may seek, up to the value of the money judgment, and to address any third party claim that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on November 30, 2012.

 _____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2012\12-cr-188.Forfeiture Money Judgment.wpd